# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Kathy Rae Munson, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 5:17-cv-00185-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Nancy A. Berryhill, | ) | |
| | ) | |
| Defendant, | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 1, 2018 Order.

June 1, 2018

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court